UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIDRON I. FLAVOR, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   Case No.  2:08-cv-01211-SLB |
| | ) |
| BLOUNT COUNTY CORRECTIONS, et al., | ) |
| | ) |
| Defendants | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 18, 2010, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motions for summary judgment are due to

be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

   DONE this 19th day of April, 2010.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE